| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | JS-6 |
|---|---|---|---|

**CIVIL MINUTES – GENERAL**

| No. | 2:22-cv-01159-ODW (KSx) | Date | September 13, 2022 |
|---|---|---|---|
| Title | *Genesis Bustillo v. USCB, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**                        **In Chambers**

     On August 12, 2022, the mediator filed a Mediation Report, which stated that the parties settled this matter. (ECF No. 24.) Accordingly, the Court ordered the parties to file a dismissal that complies with Federal Rule of Civil Procedure 41 by September 12, 2022. (ECF No. 25.) In its Order, the Court advised the parties that, "[f]ailure to timely comply with this order shall result in the dismissal of this action without further notice." (*Id.*) To date, the parties have failed to file a timely dismissal.

     The Court has no interest in monitoring parties' finalization or execution of the terms of a settlement agreement. Given that the parties have settled the matter, this case should be dismissed. Any failure to satisfy the terms of the parties' settlement agreement, including payment, should be enforced in a subsequent lawsuit.

     The Clerk of the Court shall close this case.

| | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |